Gumkowski v Schwaab (2026 NY Slip Op 01721)

Gumkowski v Schwaab

2026 NY Slip Op 01721

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, AND NOWAK, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (816.1/25) CA 24-01193.

[*1]KATHLEEN GUMKOWSKI, AS ADMINISTRATOR OF THE ESTATE OF GREGORY GUMKOWSKI, DECEASED, AND KATHLEEN GUMKOWSKI, INDIVIDUALLY, PLAINTIFF-RESPONDENT, 
vTHOMAS SCHWAAB, M.D., ET AL., DEFENDANTS, TOWN OF TONAWANDA, TOWN OF TONAWANDA EMS, TOWN OF TONAWANDA POLICE DEPARTMENT, KRISTIAN RUTENKROGER, DAVID RICE, KENMORE MERCY HOSPITAL, CATHOLIC HEALTH SYSTEM, INC., AND ERIK DIRINGER, D.O., DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.